```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| TIMOTHY R. DEFOGGI, | |
| Petitioner, | Civ. No. 21-12269 (NLH) |
| v. | **MEMORANDUM OPINION & ORDER** |
| LAMINE N'DIAYE, | |
| Respondent. | |

APPEARANCE:

Timothy R. Defoggi
56316-037
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640

 Petitioner Pro se

Rachael A. Honig, Acting United States Attorney
Angela E. Juneau, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
402 East State Street, Room 430
Trenton, NJ 08608

 Attorneys for Respondent

HILLMAN, District Judge

 WHEREAS, Petitioner Timothy R. Defoggi filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

WHEREAS, the Court ordered Respondent to answer the petition, see ECF No. 2; and

WHEREAS, Respondent requested an extension of time to submit its answer until September 6, 2021, ECF No. 4; and

WHEREAS, the Court granted the extension, ECF No. 5; and

WHEREAS, Respondent requests a second extension until October 6, 2021, ECF No. 6,

THEREFORE, IT IS on this  9th  day of September , 2021

ORDERED that Respondent's request for a second extension, ECF No. 6, is granted.  The answer is due October 6, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey             s/ Noel L. Hillman
                                  NOEL L. HILLMAN, U.S.D.J.